IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARA KHALIL,<br><br>    Plaintiff,<br><br> vs.<br><br>THE CITY OF LINCOLN, a political subdivision; LERION GAYLOR-BAIRD, and TERESA EWINS,<br><br>    Defendants. | **4:23CV3159**<br><br><br>**ORDER** |

This matter is before the court on Defendant's Motion to Recuse, Filing No. 120, and Amended Motion to Recuse, Filing No. 135.

28 U.S.C. § 455(a) states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the records submitted in relation to Filing No. 120, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS ORDERED:

1. Defendant's Motion to Recuse, Filing No. 120, is granted.

2. Defendant's Amended Motion to Recuse, Filing No. 135, is denied as moot.

3. The undersigned hereby recuses himself from the above-captioned case.

Dated this 15th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge