IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SARA KHALIL,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>THE CITY OF LINCOLN, a political subdivision, LEIRION GAYLOR-BAIRD and TERESA EWINS,<br><br>          Defendants. | **4:23CV3159**<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the joint stipulation to extend, Filing No. 124, is granted. The final progression orders are amended as follows:

1)     The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **August 18, 2026** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 29, 2026. This extension is applicable only to witnesses whose depositions were requested on or before May 29, 2026.

3)     The deadline for filing motions to dismiss and motions for summary judgment is September 30, 2026.

4)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 30, 2026.

5)     Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on

1

them prior to the first day of trial. Counsel should plan accordingly.

6) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

7) No further extensions will be considered absent a **substantial** showing of good cause.

Dated this 23rd day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge